JONATHAN D. DYKSTRA (State Bar No. 258947)
jd@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
FEDERAL NATIONAL
MORTGAGE ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HARDY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No.: C08-05220 MMC<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>Complaint Date: November 19, 2008 |

1  Defendant Federal National Mortgage Association's Motion to Dismiss was
2  filed on December 18, 2008.  Plaintiff Tina Hardy did not file a response.  After
3  reading and considering the motion, the Court deemed the matter suitable for
4  decision on the moving papers.  After considering all the papers submitted by the
5  parties in support of and in opposition to the Motion to Dismiss and good cause
6  appearing:

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Federal National Mortgage Association's Motion to Dismiss is GRANTED, and the complaint is DISMISSED in its entirety as against FEDERAL NATIONAL MORTGAGE ASSOCIATION.  Plaintiff is to recover nothing from FEDERAL NATIONAL MORTGAGE ASSOCIATION.

DATED: January __23__, 2009        By: _____
                                        United States District Judge